# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Thomas G. DeVore v. Tony McCombie, State Representative and Illinois House Minority Leader

Case Number: 1:25-cv-00323

An appearance is hereby filed by the undersigned as attorney for:
Thomas G. DeVore

Attorney name (type or print): Scott R. Kaspar

Firm: Kaspar Law Company, LLC

Street address: P.O. Box 2783

City/State/Zip: Orland Park, IL 60462-1095

Bar ID Number: 6284921
(See item 3 in instructions)

Telephone Number: 855-527-7271

Email Address: scott@kasparlaw.co

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel

If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 13, 2025

Attorney signature: S/ *Scott R. Kaspar*
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023